UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAY COLLINS and<br>JOCELYNE ROBLEDO | No. 25 CR 608<br><br>Magistrate Judge Gabriel A. Fuentes |

## GOVERNMENT'S MOTION TO
## DISMISS THE CRIMINAL COMPLAINT

The United States of America, by Andrew S. Boutros, United States Attorney for the Northern District of Illinois, hereby moves to dismiss the criminal complaint (doc. 1), as to both defendants, pursuant to Fed. R. Crim. P. 48(a).

                                      Respectfully submitted,

                                      ANDREW S. BOUTROS
                                      United States Attorney

By:    */s/Brian Havey*
       BRIAN HAVEY
       Assistant United States Attorney
       219 South Dearborn Street
       Chicago, Illinois 60604
       (312) 469-6305
       brian.havey@usdoj.gov